**384**

■

**Roy TAYLOR, Movant-Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 33803.**

Missouri Court of Appeals,
Western District.

Jan. 25, 1983.

Charles W. Gotschall, Kansas City, for movant-appellant.

John Ashcroft, Atty. Gen., Joseph Colagiovanni, Asst. Atty. Gen., Jefferson City, for respondent.

Before PRITCHARD, P.J., and MANFORD and NUGENT, JJ.

ORDER

PER CURIAM:

Appeal from judgment denying post-conviction relief pursuant to Rule 27.26.

Judgment affirmed. Rule 84.16(b).

■

**STATE of Missouri,
Plaintiff-Respondent,**

v.

**John Anthony TREMAINE,
Defendant-Appellant.**

**No. WD 33825.**

Missouri Court of Appeals,
Western District.

Jan. 25, 1983.

Dennis K. Hoffert, Jefferson City, for defendant-appellant.

R.J. Ahsens, III, Jefferson City, for plaintiff-respondent.

Before DIXON, P.J., and KENNEDY and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

Appeal from conviction for possession of marijuana, § 195.020, RSMo 1978.

Affirmed. Supreme Court Rule 30.25(b).